```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4

 5  Attorney for Defendant
    JAMES D. OLSON
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-09-0057 WBS
                                 )
13             Plaintiff,        )
                                 ) STIPULATION AND ORDER
14      v.                       ) EXTENDING SURRENDER DATE
                                 )
15  JAMES D. OLSON,              )
                                 )
16             Defendant.        ) Judge: Hon. William B. Shubb
                                 )
17  _____)

18
```

19     IT IS HEREBY STIPULATED AND AGREED between Defendant, James D.
20 Olson, and plaintiff, United States of America, by and through their
21 attorneys, that the date for Mr. Olson to surrender to serve his sentence
22 (set for March 20, 2009) may be continued to March 30, 2009. Mr. Olson
23 shall surrender by 2:00 p.m. on that date to the United States Marshal in
24 Sacramento.

25     Mr. James Olson showed up at the U.S. Marshal's Office on Friday,
26 March 20, 2009. The U.S. Marshals took Mr. Olson to the nurse in the
27 building. His blood pressure was around 200/150. His blood sugar was
28 over 400. He could not be checked into the jail because he would have to

be hospitalized and no one was available to guard him.

After consultation with the probation officer, it was suggested that Mr. Olson be permitted to return home and self-surrender on March 30, 2009, the date of his Admit/Deny hearing.

Respectfully Submitted,

Dated: March 23, 2009 /s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
JAMES D. OLSON

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 23, 2009 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

Mr. Olson shall surrender to the U.S. Marshal by 2:00 p.m. on March 30, 2009.

IT IS SO ORDERED.

Dated: March 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE