DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES D. OLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-09-57 WBS |
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION AND ORDER RE: TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| JAMES D. OLSON, | ) | |
| Defendant. | ) | Date: March 30, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

Defendant James D. Olson hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Defendant James Olson is financially unable to provide the necessary transportation from current place of residence in Red Bluff, California to Sacramento, California for his Admit/Deny/Sentencing hearing on Monday, March 30, 2009, at 8:30 a.m. Because of the distance between Sacramento and Red Bluff and the early hour at which time the hearing is scheduled, Mr. Olson needs to arrive in Sacramento on Sunday, March 29, 2009, and stay overnight at a hotel.

Accordingly the defendant James Olson requests the court to direct the United States Marshal to furnish the defendant, James Olson, with

one-way transportation between Red Bluff, California and Sacramento, California, as well as subsistence cost that will include the hotel and meals. There is an Amtrak train that runs between Red Bluff and Sacramento.

Dated: March 27, 2009                    Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
JAMES D. OLSON

**ORDER**

It has been determined that defendant James D. Olson, is financially unable to provide the necessary transportation from his current place of residence in Red Bluff, California to Sacramento, CA, for his Admit/Deny/Sentencing hearing before the district court on **March 30, 2009, at 8:30 a.m.**

Accordingly, this Court authorizes and directs the United States Marshal to furnish defendant, James D. Olson, with a one-way trip transportation between Red Bluff, California and Sacramento, California for his Admit/Deny/Sentencing hearing on Monday, March 30, 2009, at 8:30 a.m. In addition, the United States Marshal shall furnish Mr. Olson with money for subsistence expenses to his destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code. Mr. Olson is financially unable to be in Sacramento on this date without transportation and subsistence expenses. This is authorized pursuant to 18 U.S.C. § 4285.

///

///

IT IS SO ORDERED.

DATED: March 27, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE